IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | CASE NO. BK 19-80064-TLS |
| ) | Chapter 11 |
| SPECIALTY RETAIL SHOPS HOLDING ) | |
| CORP., *et al*[1]  ) | |
| ) | |
| Debtors. ) | |

## MCKESSON'S DESIGNATION OF RECORD ON APPEAL

McKesson Corporation ("McKesson"), by and through its undersigned counsel, hereby submits this Designation of Record on Appeal pursuant to Federal Rule of Bankruptcy Procedure 8009(a) in connection with its Notice of Appeal from the Order Denying Request for Payment of Administrative Claim and Statement of Election [Bk. Dk. No. 1913].

| Filed Date | Docket Number | DOCUMENT |
|---|---|---|
| 01/16/2019 | 27 | Debtors' Motion for Entry of Orders (I) Establishing Bidding Procedures for the Pharmacy Assets,(II) Approving the Transactions, and (III) Granting Related Relief |
| 01/16/2019 | 35 | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay,(VI) Scheduling a Final Hearing, and (VII) Granting Related Relief |
| 01/16/2019 | 41 | Limited Objection of McKesson Corporation to Debtor's Emergency Motion for Post-Petition Financing |
| 01/18/2019 | 89 | Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors and Debtors In Possession to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying |

---

[1]   The Debtors in these Chapter 11 cases are: Specialty Retail Shops Holding Corp.; Pamida Stores Operating Co., LLC; Pamida Transportation LLC; Penn-Daniels, LLC; Place's Associates' Expansion, LLC; Retained R/E SPE, LLC; Shopko Finance, LLC; Shopko Gift Card Co., LLC; Shopko Holding Company, LLC; Shopko Institutional Care Services Co., LLC; Shopko Optical Manufacturing, LLC; Shopko Properties, LLC; Shopko Stores Operating Co., LLC; SVS Trucking, LLC.

1

BN 37508707v1

| Filed Date | Docket Number | DOCUMENT |
|---|---|---|
| | | the Automatic Stay, and (VI) Scheduling a Final Hearing; and (VII) Granting Related Relief |
| 01/28/2019 | 202 | Transcript of January 6, 2019 hearings |
| 01/29/2019 | 215 | Order (I) Authorizing the Transactions of Certain Pharmacy Assets Free and Clear of All Interests and (II) Granting Related Relief |
| 01/29/2019 | 225 | Debtors' Motion for Approval of a Settlement with McKesson Corporation Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 |
| 02/06/2019 | 344 | Exhibit – Revised Budget in Support of Debtors' Motion for Order Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay; and (VI) Granting Related Relief |
| 02/14/2019 | 425 | Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors and Debtors In Possession to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief |
| 03/01/2019 | 571 | Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Specialty Retail Shops Holding Corp. and Its Debtor Affiliates |
| 03/15/2019 | 684 | Order Granting Motion for Approval of a Settlement with McKesson Corporation Inc. Pursuant to Federal Rule of Bankruptcy Procedure 9019 Filed by Debtor Specialty Retail Shops Holding Corp. |
| 03/15/2019 | N/A/ | Proof of Claim number 1753-1 filed by McKesson against Debtors |
| 03/29/2019 | 782 | McKesson Corporation's Request for Payment of Administrative Claim |
| 07/12/2019 | 1702 | Debtors' Amended Objection to McKesson Corporation's Requests for Allowance of Administrative Expenses |
| 08/12/2019 | 1801 | McKesson Corporation's Resistance/Response to Amended Objection to Request for Payment of Administrative Claim |
| 08/23/2019 | 1856 | Transcript of August 19, 2019 Hearing on McKesson Corporation's Requests for Allowance of Administrative Expenses |
| 08/30/2019 | 1876 | Order Denying Request for Payment of Administrative Claim |
| 09/12/2019 | 1913 | Notice of Appeal of Order Denying Request for Payment of Administrative Claim |

Dated: September 25, 2019    CLINE WILLIAMS WRIGHT JOHNSON &
OLDFATHER, L.L.P.


*/s/ Michael J. Whaley*
Richard P. Garden, Jr., #17685
Michael J. Whaley, #19390
Cline Williams Wright Johnson
Oldfather, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE  68124
Telephone:    (402) 397-1700
rgarden@clinewilliams.com
mwhaley@clinewilliams.com

and

BUCHALTER
A Professional Corporation


/s/ *Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle (admitted *pro hac vice*)
Paul S. Arrow (admitted *pro hac vice*)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Tel: (949) 760-1121
jgarfinkle@buchalter.com
parrow@buchalter.com


**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2019, I caused the above document to be filed in the Bankruptcy Court's CM/ECF system which gave electronic notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case.

*/s/ Michael J. Whaley*

4827-6994-7559, v. 1