IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SPECIALTY RETAIL SHOPS HOLDING CORP. ET AL., | 8:19CV00405<br><br>ORDER |

This matter is before the Court on its own motion. The Court intends to follow the procedures set forth in Fed. R. Bankr. P. 8001 *et seq.* In the absence of direction to the contrary, the parties shall comply by those Rules. Because a supplemental record was filed, the parties have requested clarification on the briefing schedule in this case. Accordingly, from the date of this order, the parties shall file briefs within the deadlines established by Fed. R. Bankr. P. 8018. The briefs must meet the requirements of that rule, Fed. R. Bankr. P. 8014, and Fed. R. Bankr. P. 8015. Any proposed changes to the briefing schedule should be submitted by motion.

IT IS ORDERED:

1. The appellants must serve and file a brief within 30 days after the date of this Order;
2. The appellees must serve and file a brief within 30 days after service of the appellants' brief; and
3. Unless otherwise ordered, the briefs must meet the requirements of Federal Rules of Bankruptcy Procedure.

Dated this 1st day of October, 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge