IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SPECIALTY RETAIL SHOPS HOLDING CORP., et al. | 8:19-CV-405<br><br>REASSIGNMENT ORDER |

IT IS ORDERED that in the interest of judicial economy, this case is reassigned to District Judge Robert F. Rossiter, Jr..

Dated this 13th day of November, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge